IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:12-cv-783-FL

| | |
|---|---|
| OWEN CREQUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUIHN FOODS SYSTEM d/b/a )<br>KFC/TACO BELL #101, )<br>)<br>Defendant. ) | **ORDER GRANTING DEFENDANT'S<br>MOTION TO STAY DISCOVERY** |

This cause being heard by the undersigned on Defendant's Motion to Stay Discovery pursuant to Rule 7(b) and 26(c) of the Federal Rules of Civil Procedure, as well as Local Rule 7.1; and

It appearing to the Court that there is good cause for the granting of this Motion; and that the Motion should be allowed:

**IT IS HEREBY ORDERED** that all discovery is stayed including, but not limited to, a stay of the requirements to conduct an initial pretrial conference, submit a discovery plan and provide initial disclosures as mandated by Rules 26(f) and 26(a)(1) of the Federal Rules of Civil Procedure, pending a ruling(s) on Defendant's Motion to Dismiss.

This the 22nd day of January, 2013.

_____
UNITED STATES DISTRICT COURT
JUDGE