UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OWEN CREQUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:12-CV-783-FL |
| LUIHN FOODS SYSTEM d/b/a ) | |
| KFC/TACO BELL #101, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim and the memorandum and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 15, 2013, and for the reasons set forth more specifically therein, that defendant's motion to dismiss for failure to state a claim is granted and this case is dismissed. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 15, 2013, and Copies To:**
Matthew David Duncan (via CM/ECF Notice of Electronic Filing)
Richard Scott McAtee (via CM/ECF Notice of Electronic Filing)
Owen Creque (via U.S. Mail) PO Box 20574, Raleigh, NC 27619


May 15, 2013                    JULIE A. RICHARDS, CLERK
                                 /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk